**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 02-2376**

—————————

ELIZABETH D. LINEN,

Plaintiff - Appellant,

versus

AMERICAN FAMILY PUBLISHERS; STEPHEN FRANCIS,
CEO; ED MCMAHON; DICK CLARK; BOOK COMPANIES;
OTHER SPONSORS; MAGAZINE COMPANIES; DEBORAH M.
YOUNG,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-02-2025-2-23)

—————————

Submitted:  March 6, 2003          Decided:  March 13, 2003

—————————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Elizabeth D. Linen, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elizabeth D. Linen seeks to appeal the district court's order denying her Fed. R. Civ. P 60(b) motion. We dismiss the appeal for lack of jurisdiction, because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on October 8, 2002. The notice of appeal was filed on November 18, 2002. Because Linen failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Linen's motion for default judgment, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2